**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ROBERTO ROSAS,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:23-cv-00709** |
| | § | |
| **ST. MARY'S UNIVERSITY** | § | |
| **OF SAN ANTONIO, TEXAS,** | § | |
| **Defendant** | § | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(b) and 1331, Defendant St. Mary's University of San Antonio, Texas ("Defendant") hereby gives notice of the removal of this action from the 224th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division and state:

1. St. Mary's University of San Antonio, Texas is the defendant in a civil action filed in, and presently pending before, the 224th Judicial District Court of Bexar County, State of Texas, styled as "Roberto Rosas v. St. Mary's University of San Antonio, Texas" Cause No. 2023CI08114 (the "State Court Action"). Defendant was served with Plaintiff's Original Petition on May 3, 2023 by agreement between the parties.

2. In his Original Petition in the State Court Action, Plaintiff seeks to recover damages from Defendant, in part, based upon alleged violations of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act ("ADEA"), which were included in Plaintiff's Charge filed with the Equal Employment Opportunity Commission (the "EEOC Charge"), which was attached and incorporated into his Original Petition by reference as Exhibit "G." Rule 10(c) of the Federal Rules of Civil Procedure provides: "A copy of a written

instrument that is an exhibit to a pleading is a part of the pleading for all purposes." *See* Fed. R. Civ. P. 10(c). Consequently, this Court has original jurisdiction over Plaintiff's allegations of age discrimination under the ADEA and national origin discrimination claims under Title VII in this action pursuant to 28 U.S.C. §1331, in that Plaintiff's Original Petition in the State Court Action presents claims arising under the Constitution, laws or treaties of the United States. *See Davoodi v. Austin Indep. Sch. Dist.*, 755 F.3d 307, 310 (5th Cir. 2014).

3. This Court has supplemental jurisdiction over any and all State-law claims for age and/or national origin discrimination pursuant to 28 U.S.C. § 1367(a), as those claims are part of the same case or controversy—both claims arise from the exact same set of facts and circumstances.

4. The action is one of a civil nature for damages allegedly resulting from and concerning Plaintiff's employment with Defendant.

5. Written notice of the filing of this Notice of Removal is being served on Plaintiff's counsel this date.

6. The Notice of the Filing of this Notice of Removal is being filed with the Clerk of the 224th Judicial District Court of Bexar County, State of Texas, as required by 28 U.S.C. §1446(d).

Respectfully submitted,

DAVIDSON TROILO REAM & GARZA
A PROFESSIONAL CORPORATION
601 NW Loop 410, Suite 100
San Antonio, Texas 78216
Telephone: (210) 349-6484
Facsimile: (210) 349-0041

By: ***//s// Lea A. Ream***
**LEA A. REAM**
State Bar No. 16636750
**JUSTIN J. NAIL**
State Bar No. 24102265

ATTORNEYS FOR DEFENDANT
ST. MARY'S UNIVERSITY OF SAN
ANTONIO, TEXAS

**CERTIFICATE OF SERVICE**

I hereby certify on the 1st day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Javier Perez
Perez Law PLLC
One Energy Square
4925 Greenville Ave., Ste. 1450
Dallas, Texas 75206
(214) 499-0667 (Phone)
(214) 550-2566 (Facsimile)
Javier.perez@scottperezlaw.com
javier@javierperezlaw.com

***//s// Lea A. Ream***
Lea A. Ream