# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROBERTO ROSAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 5:23-CV-00709 |
| **ST. MARY'S UNIVERSITY OF SAN ANTONIO, TEXAS,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Plaintiff Roberto Rosas respectfully notifies the Court that he does not seek the reassignment of this case at this time. Plaintiff and Defendant reached and have now executed the settlement of this case, and expect to fully fulfill the terms the settlement by the end of this week. Plaintiff intends to then request dismissal of the instant action.

Respectfully submitted,

 /s/ Javier Perez
JAVIER PEREZ
Texas Bar No. 24083650
**PEREZ LAW PLLC**
One Energy Square
4925 Greenville Avenue, Suite 1450
Dallas, Texas 75206
214-499-0667 / 214-550-2566 (Facsimile)

## **CERTIFICATE OF SERVICE**

  I certify that a copy of this document was forwarded to all counsel of record in this case via the Court's ECF system as of the date file stamped thereon.

                 /s/ Javier Perez
                 JAVIER PEREZ